ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Weil Construction, Inc. | ) ASBCA No. 62286 |
| | ) |
| Under Contract No.   W9126G-17-C-0141 | ) |

APPEARANCES FOR THE APPELLANT:     Johnathan M. Bailey, Esq.
    Kristin E. Zachman, Esq.
     Bailey & Bailey, P.C.
     San Antonio, TX

APPEARANCES FOR THE GOVERNMENT:     Michael P. Goodman, Esq.
     Engineer Chief Trial Attorney
    Dawn-Carole Harris, Esq.
    Brian D. Payton, Esq.
     Engineer Trial Attorneys
     U.S. Army Engineer District, Fort Worth

ORDER OF DISMISSAL

The appeal has been withdrawn.  Accordingly, it is dismissed from the Board's docket with prejudice.

Dated:  September 23, 2020

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62286, Appeal of Weil Construction, Inc., rendered in conformance with the Board's Charter.

Dated:  September 23, 2020

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals